In the Matter of the Claim of CLEMENTINA BALAIS, Respondent, against BRADY AND GIOE et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

(Submitted November 15, 1920; decided November 23, 1920.)

Motion for re-argument granted. (See 228 N. Y. 507.)

---

In the Matter of the Petition of GEORGE N. TAYLOR, Respondent, for an Inspection of the Books and Records of PEASE PIANO COMPANY, Appellant.

*Corporations — right of stockholders to inspect books and records.*

*Matter of Taylor,* 191 App. Div. 900, affirmed.

(Argued November 15, 1920; decided November 30, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 16, 1920, which affirmed an order of Special Term granting a peremptory writ of mandamus directing the defendant and its officers to permit the petitioner, a stockholder, to inspect the books and records of the said corporation. Appellant contended that the stock held by the petitioner had been illegally issued and was invalid.

*William B. Ellison, Bruce Ellison* and *Oliver B. Gold-smith* for appellant.

*John Ewen* and *William R. Wilder* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.